IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARKANSAS METHODIST HOSPITAL D/B/A
ARKANSAS METHODIST MEDICAL CENTER                                             PLAINTIFF

v.                      Case No.  3:15-cv-00100 KGB

AIG PROPERTY CASUALTY COMPANY and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURG                                                          DEFENDANTS

## ORDER

The parties have informed the Court that they have settled this matter and ask that it be dismissed with prejudice.  This action is dismissed with prejudice, and it is removed from the trial calendar for the week of May 9, 2016.  The parties will each bear their own costs and attorney's fees.

So ordered this the 15th day of March, 2016.

_____
Kristine G. Baker
United States District Judge